IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LEWIS CHARLES JENKINS, | ) | CV 18-00485-LEK-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| RONALD REAGEN, | ) | RECOMMENDATION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 14, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss With Prejudice Petition Under 18 U.S.C. § 2254 For Writ of Habeas Corpus", ECF NO. [4] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 7, 2019.



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**LEWIS CHARLES JENKINS VS. RONALD REAGEN; CIVIL 18-00485 LEK-RT;**
**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**